**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church St. STE 304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



August 5, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/6/2024
```

**VIA ECF**
Hon. Barbara Moses
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   *Vega et al. v. Erica Munoz, et. al.* (1:24-cv-02303-JGLC)
      Motion to Conduct Settlement Conference Remotely, or in the alternative, to Adjourn

Dear Hon. Moses:

    This office represents Defendants/Counter-Plaintiffs in the above referenced action. The parties are presently scheduled to appear in person for a settlement conference on August 19, 2024. Due to personal circumstances, it is respectfully requested that the settlement conference be conducted remotely, or alternatively, that the conference be adjourned until September 9 or 16, 2024.

    Last week, and about three months ahead of schedule, my son was born. He is currently in the NICU and will be for some time. Leaving the hospital and traveling during the next several weeks poses a significant personal hardship. Moreover, other attorneys from the firm are out of the office on pre-planned leave over the next two weeks. As such, it is respectfully requested that the Court permit all parties to appear remotely for the August 19, 2024, settlement conference.

    In the alternative, it is respectfully requested that the Court adjourn the in-person settlement conference to either September 9 or 16, 2024. An adjournment to either date would allow time for my personal circumstances to become more stabilized. Other attorneys from the firm are also available to appear and attend the conference in person on those dates, should the need arise.

    I have discussed this motion with counsel for Plaintiffs/Counter-Defendants, who has consented to conducting the settlement conference remotely on August 19, 2024, or alternatively, adjourning to September 9 or 16, 2024.

    Your consideration in this matter is greatly appreciated.

Respectfully submitted,

/s/ Dmitry Lapin

Dmitry Lapin, Esq.

---

Application GRANTED. The settlement conference previously scheduled for August 19, 2024 will take place on **September 16, 2024** at 2:15 p.m. The parties' confidential settlement letters (see Dkt. 23 ¶ 3) are now due by September 9, 2024. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge
August 6, 2024